UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STEVEN SCHWARTZ, | : | |
| Petitioner, | : | Civ. No. 15-4601 (RBK) |
| v. | : | |
| J. HOLLINGSWORTH, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Presently pending before the Court is petitioner's motion for an extension of time to file a reply brief in support of his habeas petition. Good cause being shown, petitioner's motion will be granted.

Accordingly, IT IS this   3rd   day of February, 2016,

ORDERED that petitioner's motion for an extension of time to file a reply in support of his habeas petition (Dkt. No. 11) is granted; and it is further

ORDERED that petitioner may file his reply brief within thirty (30) days of the date of this Order.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge